# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:10cv46

| | |
|---|---|
| DEWAYNE LERON TILLMAN, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| vs. | ) **O R D E R** |
| | ) |
| PRATEEK GOEL and | ) |
| NEIL K. ANAND, | ) |
| | ) |
| Appellees. | ) |

**THIS MATTER** is before the Court *sua sponte*.

The Appellant Dewayne Leron Tillman appealed the dismissal of his case by the Bankruptcy Court in the Western District of North Carolina. [Doc. 1]. Subsequently, the Bankruptcy Clerk notified the Court that the Appellant had failed to file the designation of items to be included on the record on appeal and statement of the issues to be presented as required by Rule 8006 of the Federal Rules of Bankruptcy Procedure. [Doc. 2]. In an Order entered March 4, 2010, the Court ordered the Appellant to show cause on or before March 17, 2010 as to why his appeal should not be dismissed. [Doc. 3]. The Appellant was warned that failure to make a

timely response would result in the dismissal of his appeal. The Appellant failed to show cause on or before March 17, 2010.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Appellant's appeal is **DISMISSED**.

**IT IS SO ORDERED**.

Signed: March 25, 2010

Martin Reidinger
United States District Judge