# United States District Court
# For The Western District of North Carolina
# Asheville Division

DEWAYNE LERON TILLMAN,

    Appellant**,**  JUDGMENT IN A CIVIL CASE

vs.  1:10cv46

PRATEEK GOEL and
NEIL K. ANAND,

    Appellees..

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/25/2010 Order.

Signed: March 25, 2010

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court