**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:10cv46**

| | |
|---|---|
| **IN RE: DEWAYNE LERON TILLMAN.** ) | |
| ) | |
| **C.R. TILLMAN,** ) | |
| ) | |
| **Appellant,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **PRATEEK GOEL and** ) | |
| **NEIL K. ANAND,** ) | |
| ) | |
| **Appellees.** ) | |
| _____) | |

**THIS MATTER** is before the Court following notification by the Clerk

of Court that the Appellant in this matter was misidentified.

On February 10, 2010, a handwritten Notice of Appeal was filed with

this Court captioned "In re: Dewayne Tillman Debtor." The text of this

document states, in pertinent part: "Notice is hereby given that Debtor C R

Tillman an interested party in said decision, appeal [sic] to the District Court

. . . ." [Doc. 1-1 at 1]. The Notice of Appeal was docketed in both the

Bankruptcy Court and this Court as an appeal by the Debtor Dewayne

Leron Tillman.

On March 3, 2010, the Bankruptcy Clerk notified this Court that the Appellant had failed to file the designation of items to be included on the record on appeal and statement of the issues to be presented as required by Rule 8006 of the Federal Rules of Bankruptcy Procedure. [Doc. 2]. On March 4, 2010, the Court entered an Order directing the Appellant to show cause why his case should not be dismissed. [Doc. 3]. Because the appeal had been docketed as having been filed by the Debtor, a copy of this Order was sent only to Dewayne Tillman. When no response was filed to the Show Cause Order, the Court entered an Order dismissing the appeal on March 25, 2010. [Doc. 4].

The Clerk of Court now advises the Court that the appeal was docketed in error and that the correct Appellant is C.R. Tillman.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Court's Order dismissing this appeal [Doc. 4] and the Clerk's Judgment in accordance with said Order [Doc. 5] are hereby **VACATED**.

**IT IS FURTHER ORDERED** that on or before **April 30, 2010**, the Appellant C.R. Tillman shall **SHOW CAUSE** in writing why his appeal should not be dismissed for failure to file the designation of items to be included on the record on appeal and statement of the issues to be

presented as required by Rule 8006 of the Federal Rules of Bankruptcy Procedure. **The Appellant is warned that failure to make a timely response to this Order will result in the dismissal of this appeal.**

The Clerk of Court is directed to send copies of this Order to the Debtor Dewayne Leron Tillman, the Appellees Prateek Goel and Neil K. Anand, and the Appellant C.R. Tillman.

**IT IS SO ORDERED**.

Signed: April 13, 2010

Martin Reidinger
United States District Judge