IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv46

| | |
|---|---|
| IN RE: DEWAYNE LERON TILLMAN. ) | |
| ) | |
| C.R. TILLMAN, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| PRATEEK GOEL and ) | |
| NEIL K. ANAND, ) | |
| ) | |
| Appellees. ) | |
| _____) | |

**THIS MATTER** is before the Court on the *pro se* motion of the Appellant C.R. Tillman for a stay of the Bankruptcy Court's Order pending appeal. [Doc. 9].

A motion for a stay of the judgment, order, or decree of a bankruptcy judge pending appeal ordinarily must be presented to the Bankruptcy Court in the first instance. Fed. R. Bankr. P. 8005. Because the Appellant did not first seek a stay in the Bankruptcy Court, his motion must be denied.

**IT IS, THEREFORE, ORDERED** that the Appellant's motion for a stay pending appeal [Doc. 9] is **DENIED**.

The Clerk of Court is directed to send copies of this Order to the Debtor Dewayne Leron Tillman, the Appellees Prateek Goel and Neil K. Anand, and the Appellant C.R. Tillman.

**IT IS SO ORDERED**.

Signed: May 22, 2010

Martin Reidinger
United States District Judge