## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:10cv46

| | |
|---|---|
| **In re: DEWAYNE TILLMAN,** ) | **Bankruptcy Case** |
| ) | **No. 09-10574** |
| Debtor. ) | |
| _____ ) | |
| ) | |
| **C.R. TILLMAN,** ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **PRATEEK GOEL and** ) | |
| **NEIL K. ANAND,** ) | |
| ) | |
| Appellees. ) | |
| _____) | |

**THIS MATTER** is before the Court on the Order Affecting Plan [Doc. 12] entered by the Bankruptcy Court on September 14, 2010.

On September 14, 2010, the Bankruptcy Court entered an Order dismissing the underlying Chapter 13 proceeding on the grounds that the debtor failed to make one or more payments to the Chapter 13 Trustee after entry of the Court's Order on July 20, 2010. [Doc. 12]. As such, the Appellant's appeal is now moot.

Accordingly, **IT IS, THEREFORE, ORDERED** that this appeal is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: October 1, 2010

Martin Reidinger
United States District Judge